UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF JEFFREY SLATER, as Owner of a
2007 28' Shockwave with Hull ID                    CASE NO. 2:16-cv-00426-JES-CM
Number SKGDB716D707, for Exoneration
from or Limitation of Liability,

        Petitioner.
_____/

ORDER APPROVING AD INTERIM STIPULATION OF VALUE, NOTICE OF
MONITION AND INJUNCTION

    The Petitioner, Jeffrey Slater, filed a complaint under 46 U.S.C. §§ 30501-30512 and Supplemental Rule F of the Federal Rules of Civil Procedure as owner of a 2007 28' Shockwave with Hull ID Number SKGDB716D707 (the "Vessel") seeking exoneration from or limitation of liability of any claim arising out of a voyage of the Vessel.  Doc. 1.  Relevant to this petition, Petitioner alleges the Vessel was being operated on navigable waters in the Gulf of Mexico near Fort Myers, Florida on or about July 8, 2015, when a passenger aboard the Vessel was allegedly injured when the Vessel encountered a wake.  *Id.* ¶¶ 5-9

    Petitioner asserts in his complaint that claims related to the incident have been made or are about to be made against him and the Vessel.  *Id.* ¶ 15.  He has filed a declaration from a marine surveyor attesting that the value of the Vessel, plus pending freight at the time of the incident, was $61,200 at the termination of the voyage that gave rise to this action.  Doc. 3-2.  Petitioner and Allstate Property and

Casualty Company (hereafter "Surety"), filed an Ad Interim Stipulation for Value in the sum of $61,200 to serve as security for the value of Petitioner's in the Vessel plus six percent interest, as required by Supplemental Rule Rule F(1). Doc. 3-1. Petitioner and Surety also filed a Stipulation for Costs in the sum of $250 as required by Supplemental Rule F(1). Doc. 4.

The petitioners move "for entry of an Order Approving Security, Directing Issuance of a Monition, and Restraining Prosecution of Claims other than in this action for exoneration from or limitation of liability" in accord with Supplemental Rules F(3) and (4), Federal Rules of Civil Procedure. Doc. 5.

After careful consideration,

**IT IS ORDERED**:

1. Petitioners' complaint, complies with 46 U.S.C. §§ 30501-30512 and Supplemental Rule F of the Federal Rules of Civil Procedure.

2. The Ad Interim Stipulation for Value of Petitioner's interest in the Vessel, Doc. 3-1, for no more than the amount of $61,200, including costs of court and interest at the rate of six percent (6%) per annum from date hereof, is accepted as Ad Interim Stipulation for the purpose of this action and is approved as to form and quantum.

3. The Stipulation for Costs (Doc. 4) of $250 is accepted.

4. Petitioner and any claimant who may properly become a party to this action may contest the amount of value of Petitioners' interest in the Vessel as fixed in said Ad Interim Stipulation, subject to such increases or decreases in the amount

of such Stipulation, together with adequate security, as the Court may from time to time order according to the rules and practices of this Court may adjudge.

5. If the amount of the Ad Interim Stipulation is not contested by any claimant, said Stipulation shall stand as a Stipulation for Value, and an appraisal by a commissioner will not be required.

6. The Notice of Monition filed herein is hereby APPROVED. Such Notice of Monition advises and admonishes all persons asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly as a result of the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk, United States District Court for the Middle District of Florida, 2110 First Street, Fort Myers, Florida 33901 on or before August 12, 2016, and serve Petitioners' attorneys, Allen von Spiegelfeld of Banker Lopez Gassler P.A., 501 East Kennedy Boulevard, Suite 1500, Tampa, Florida 33602, a copy thereof, or be defaulted. If any claimant desires to contest Petitioners' right to exoneration from or limitation of liability, Claimant shall file and serve on Petitioners' attorneys an answer to the Complaint, on or before said date, unless the claim included an answer to the Complaint so designated, or be defaulted.

7. The aforesaid Notice of Monition, in the form required by Rule F of the Supplemental Rule for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, shall be published in accordance with Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rules 7.01 and 7.06, and that Petitioners' Notice of Monition shall stand as if it were issued out of and

under the seal of this Court.

8. No later than the date of the second weekly publication, a copy of said Monition must be mailed by Petitioner to every person he knows has or is about to make a claim against Petitioner or the Vessel arising out of the accident set forth in the complaint. This includes the apparent claimant described in the complaint.

9. Except this action, the commencement or further prosecution of any action or proceeding against Petitioners, the Vessel or any other property of Petitioners with respect to any claims for which Petitioners seek exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death or destruction, more fully described in the Complaint, be and the same is hereby restrained, stayed, and enjoined until the hearing and determination of this action.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record